ACCEPTANCE CORP. v. FEDER

No. 82 PC.

Case below: 12 N. C. App. 696.

Petition for writ of certiorari to North Carolina Court of Appeals denied 14 January 1972.


MACHINERY CO. v. INSURANCE CO.

No. 112 PC.

Case below: 13 N.C. App. 85.

Petition for writ of certiorari to North Carolina Court of Appeals denied 28 January 1972.


STATE v. BLAYLOCK

No. 101 PC.

Case below: 13 N.C. App. 134.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 February 1972.


STATE v. CRAWFORD

No. 114 PC.

Case below: 13 N.C. App. 146.

Petition for writ of certiorari to North Carolina Court of Appeals denied 28 January 1972.


STATE v. FARRIS

No. 100 PC.

Case below: 13 N.C. App. 143.

Petition for writ of certiorari to North Carolina Court of Appeals denied 28 January 1972.